IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **CHRISTIE MATTHEWS-LOVATO,**<br><br>Plaintiff,<br><br>v.<br><br>**VANDYK MORTGAGE, et al.,**<br><br>Defendants. | **REPORT AND RECOMMENDATION**<br><br>Case No.  2:15-cv-00266-DN-EJF<br><br>District Judge David Nuffer<br><br>Magistrate Judge Evelyn J. Furse |

The undersigned recommends DISMISSING the claims against Government National Mortgage Association, Mortgage Electronic Registration Services, Wells Fargo Bank, and Wells Fargo Home Mortgage with prejudice for failure to state a claim upon which this Court can grant relief.

On May 6, 2015, Government National Mortgage Association, Mortgage Electronic Registration Services, Wells Fargo Bank, and Wells Fargo Home Mortgage moved to dismiss the claims against them with prejudice pursuant to Rule 12(b)(6) for a variety of reasons set forth in the Motion.  (ECF No. 7.)  The Plaintiff Ms. Lovato never opposed the Motion and the time to do so passed on or before June 8, 2015.  In the ensuing month, Ms. Lovato has taken no action on the case.

For the reasons stated in the Motion and based on the non-opposition to the Motion, the undersigned recommends the District Court dismiss the claims against Government National Mortgage Association, Mortgage Electronic Registration Services, Wells Fargo Bank, and Wells Fargo Home Mortgage with prejudice.

DATED this 15th day of July, 2015.

                                                         BY THE COURT:

                                                         _____
                                                         Evelyn J. Furse
                                                         United States Magistrate Judge