IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHRISTIE MATTHEWS-LOVATO,<br><br>                      Plaintiff,<br>v.<br><br>VANDYK MORTGAGE, et al.,<br><br>                      Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:15-cv-00266-DN-EJF<br><br>District Judge David Nuffer<br><br>Magistrate Judge Evelyn J. Furse |

The Report and Recommendation[1] issued by United States Magistrate Judge Evelyn J. Furse on July 16, 2015 recommends that the claims against Government National Mortgage Association, Mortgage Electronic Registration Services, Wells Fargo Bank, and Wells Fargo Home Mortgage be DISMISSED with prejudice for failure to state a claim.

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. A copy of Judge Furse's Report and Recommendation was sent to pro se plaintiff Christie Matthews-Lovato, but was returned as undeliverable on August 10, 2015.[2] The notice of returned mail from the U.S. Postal Service indicates that Ms. Lovato had moved from the address she provided to the court and left no forwarding address, so the Postal Service was unable to forward.[3] As of the date of this Order, no objection has been filed to the Report and Recommendation and Ms. Lovato has not provided a new address to the court.

---

[1] Report and Recommendation, docket no. 14, entered July 16, 2015.

[2] Docket no. 16, filed August 10, 2015.

[3] *Id.* (including copy of returned mail from U.S. Postal Service indicating "RETURN TO SENDER, MOVED LEFT NO ADDRESS, UNABLE TO FORWARD").

Case 2:15-cv-00266-DN   Document 17   Filed 08/18/15   Page 2 of 2

De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation, has been completed. The analysis and conclusion of the magistrate judge are correct and the Report and Recommendation will be adopted.

IT IS HEREBY ORDERED that the Report and Recommendation[4] is ADOPTED and the claims against Government National Mortgage Association, Mortgage Electronic Registration Services, Wells Fargo Bank, and Wells Fargo Home Mortgage are DISMISSED with prejudice.

Dated August 17, 2015.

BY THE COURT:

David Nuffer
United States District Judge

---

[4] Report and Recommendation, docket no. 14, entered July 16, 2015.

2