IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHRISTINE MATHEWS-LOVATO, pro se,<br><br>                          Plaintiff,<br>v.<br><br>VANDYK MORTGAGE CORP., MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC., WELLS FARGO HOME MORTGAGE, GOVERNMENT NATIONAL MORTGAGE ASSOCIATION (GINNIE MAE), JAMES H. WOODALL, AND DOES I-X,<br><br>                          Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 2:15-cv-00266-DN-EJF<br><br>District Judge David Nuffer<br>Magistrate Judge Evelyn J. Furse |

The Report and Recommendation[1] issued by United States Magistrate Judge Evelyn Furse on January 28, 2016 recommends that Plaintiff's claims against VanDyk Mortgage be dismissed with prejudice for failure to state a claim upon which relief may be granted.[2]

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.[3] As of the date of this Order, no objection has been filed to the Report and Recommendation.

Because no party filed written objections to the Report and Recommendation as provided by rules of court, the analysis and conclusion of the magistrate judge are deemed correct and the Report and Recommendation will be adopted.

---

[1] Report and Recommendation, docket no. 20, issued January 28, 2016.

[2] *Id.* at 1.

[3] *Id.* at 2.

IT IS HEREBY ORDERED that the Report and Recommendation[4] is ADOPTED and the above-captioned matter is DISMISSED with prejudice.

The Clerk is directed to close the case.

Dated March 5, 2016.

BY THE COURT:

David Nuffer
United States District Judge

---

[4] Report and Recommendation, docket no. 20, issued January 28, 2016.